IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER RUFFAT**<br>**Plaintiff,**<br>v.<br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security**\*<br>**Defendant.** | **CIVIL ACTION NO. 20-63** |

## ORDER

**AND NOW,** this 17th day of October 2023, upon careful and independent consideration of Plaintiff's Request for Review [Doc. No. 14], the response and reply thereto, the administrative record, and the Report and Recommendation ("R&R") of United States Magistrate Judge Timothy R. Rice [Doc. No. 20], the objections and responses thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense;
2. The Objections to the R&R are **SUSTAINED in part** and the R&R is **NOT APPROVED**; and
3. Plaintiff's request for remand is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

\* Substituted under Fed. R. Civ. P. 25(d).